# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOWARD BRIDGES | No.: 2:24-mj-280-KFW |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Dominic Cloutier, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer ("TFO") for the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") assigned to the Portland, Maine Field Office. I have been a TFO with ATF since May 2022. I have received training regarding firearm investigations and the investigation of various crimes, and I have participated in numerous criminal investigations into federal firearms laws, in violation of Title 18 of the United States Code.

2. Over the course of my law enforcement training and experience, I have conducted or participated in, among other things, surveillance, undercover transactions, debriefings of informants and confidential sources, and reviews of taped conversations relating to firearms offenses. I also have assisted in many other investigations. Additionally, I have drafted numerous firearms related search and arrest warrants and have assisted in the execution of many search and arrest warrants in which firearms were found. Through my training and experience, I have become familiar with the habits, methods, routines, practices, and procedures commonly employed by persons engaged in firearms related offenses.

3. I make this affidavit in support of a Criminal Complaint charging Howard Bridges (aka "Howie"), with one count of being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). The information contained in this affidavit is based on my own investigation and reviewing reports prepared by other law enforcement officers, as well as my training and experience as a criminal investigator.

## STATEMENT OF PROBABLE CAUSE

4. On May 12, 2023, I assisted in the arrest of Howard Bridges (hereinafter "Bridges") for the Illegal Possession of a Firearm. On June 15, 2023, I applied for and was granted a search warrant for Bridges' black Apple iPhone seized the night of Bridges' arrest. (2:23-mj-182-KFW).

5. I reviewed the extraction contents and found indications Bridges was acquiring firearms through private sales using the website for Uncle Henry's, unclehenrys.com. I observed a text message conversation Bridges had with phone number (207) 423-0030, on April 23, 2023, where it appeared Bridges purchased a Glock, model 17 Gen 4.

6. In the conversation, Bridges indicated he was answering an advertisement from Uncle Henry's regarding a Glock 17. Bridges and the subject agreed to the price of $450.00 cash for the firearm. Bridges indicated he lives in Auburn. Bridges stated that he is not a felon. Bridges stated he would sign a bill of sale, and that his name is "Howard Bridges". Bridges agreed to meet at Cabela's to conduct the sale. The conversation on April 23, 2023, concluded with the seller advising he was in a white Tacoma in the parking lot and Bridges saying he has arrived in a Nissan Sentra.

7. I found the phone number (207) 423-0030 belonged to Witness 1[1]. On December 1, 2023, I contacted Witness 1, and Witness 1 agreed to be interviewed regarding this transaction. I met with Witness 1, who recalled the transaction with Bridges and confirmed he sold him a Glock, model 17 Gen 4. Witness 1 stated Bridges and he conducted the transaction in the parking lot of Cabela's in Scarborough, Maine. I conducted a photo array with Witness 1, and he positively identified Bridges. Witness 1 provided the advertisement he placed on Uncle Henrys (Below) and confirmed he sold the **Glock 17, 9mm pistol, Serial Number #BAGK114** to Bridges.

---

[1] A criminal history query was conducted on Witness 1 and found a 1999 arrest for Possession of Sch. Drugs and Disorderly Conduct. Witness 1 was convicted for Disorderly Conduct and the Possession charge was dismissed.



8. Witness 1 advised he purchased the **Glock 17, 9mm pistol, Serial Number #BAGK114** on January 13, 2023, which I confirmed with Kittery Trading Post. Witness 1 advised he took an image of the **Glock 17, 9mm pistol, Serial Number #BAGK114** on January 14, 2023 (imaged below). I confirmed with Kittery

4

Trading Post and obtained a copy of the ATF Form 4473 of Witness 1 purchase of the Glock 17.



9. I reviewed the contents of the extraction of Bridges' cell phone again and found two images of Bridges, dated April 24, 2023, pointing what appears to be two firearms. Although no information can be observed on the firearms, one of the firearms appears to be generally similar in appearance to the firearm Witness 1 sold Bridges.





8

10. On August 14, 2024, I conducted an interview with Bridges' mother, Sharon Bridges. Sharon advised she cleaned out Bridges' bedroom in her apartment after Bridges was arrested and found three firearm cases. Sharon allowed me to take custody of the gun cases, one of which was a Glock case to a **Glock 17, 9mm pistol, Serial Number #BAGK114.** Sharon stated she found the Glock cases in Bridges' closet when she was cleaning his room out. I know the information on the Glock case is consistent with the firearm that Witness 1 reportedly sold to Bridges. I took an image of the Glock case, and it appears below.



11. I provided an ATF Interstate Nexus Expert a copy of the ATF Form 4473, completed during the purchase of the **Glock 17, 9mm pistol, Serial Number #BAGK114**, from the Kittery Trading Post. It was determined by the Nexus Expert, based on the information on the form, that it was manufactured outside Maine; therefore, the firearm traveled in or affected interstate and/or foreign commerce.

12. I reviewed Bridges' criminal history, which showed that Bridges had the following felony conviction, which was punishable by imprisonment for a term exceeding one year:

- On about January 13, 2023, in the Androscoggin County District Court, Docket Number ANDCD-CR-2022-00860, judgment was entered against Bridges for Domestic Violence Aggravated Assault, in violation of Title 17-A, Section 208-D.1.D. Class B felony.

13. I respectfully submit, based on the facts set forth above, that probable cause exists to charge Bridges, by Criminal Complaint with the offense of being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), and I respectfully request that the accompanying Criminal Complaint be issued.

*Dominic Cloutier*
_____
Dominic Cloutier, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Sep 05 2024

City and state: Portland, Maine

_____
Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title